Coffey, Appellant, *v.* Prudential Insurance Company of America.

Argued March 16, 1970. *James F. McCort,* for appellant; *Peter C. Paul,* with him *Albert A. Lindner, George M. Brodhead,* and *Rawle & Henderson,* for appellee.

Judgment affirmed.